■ JASON KOWALSKY, Respondent, v COUNTY OF SUFFOLK et al., Appellants. [30 NYS3d 568]—In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Suffolk County (Garguilo, J.), dated May 27, 2014, which denied their motion to preclude the plaintiff from presenting any evidence at trial regarding surgery to his lumbar spine.

Ordered that the appeal is dismissed, without costs or disbursements (*see Matter of Aho*, 39 NY2d 241 [1976]); the issues raised on the appeal from the order have been reviewed on the appeal from the judgment entered November 19, 2014 (*see Kowalsky v County of Suffolk*, 139 AD3d 903 [2016] [decided herewith]). Hall, J.P., Roman, LaSalle and Barros, JJ., concur.